## EAST CHICAGO COMPANY v. CITY OF EAST CHICAGO ET AL.

[No. 6,321.   Filed October 14, 1908.]

APPEAL.—*Transfer.*—*Constitutional Question.*—Where a cause was
  transferred from the Supreme to the Appellate Court, and, upon
  briefs subsequently filed, a constitutional law question was raised,
  the case will be transferred to the Supreme Court.

From Lake Circuit Court; *Willis C. McMahan,* Judge.

Suit by the East Chicago Company against the City of
East Chicago and others. From a judgment for defendants,
plaintiff appeals. (See 171 Ind. —.) *Transferred to Su-*
*preme Court.*

*Johannes Kopelke, Winston, Payne & Strawn,* and *Fred-*
*erick C. Hack,* for appellant.

*George B. Sheerer* and *J. D. Kennedy,* for appellees.

Per Curiam.—Since this cause was transferred to this
court by the Supreme Court, appellees have filed briefs
properly presenting the question of the constitutionality of
a statute. Such question had not been presented at the
time of such transfer, and therefore was not passed upon
by said court.

The cause is therefore ordered transferred to the Supreme
Court.